UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP JAY DAVIS,

        Plaintiff,

    v.

SAFETY HOLDINGS, INC.,

        Defendant.

Case No. 26-mc-80041-TSH

**ORDER TRANSFERRING MOTION TO DISTRICT OF MARYLAND**

Re: Dkt. No. 1

Non-party Lyft, Inc. moves this Court to quash the subpoena issued by Plaintiff Philip Jay Davis seeking to compel Lyft to attend a deposition in *Davis v. Safety Holdings, Inc.*, 1:25-CV-02011-GLR, pending in the United States District Court for the District of Maryland. ECF No. 1. As part of its motion, Lyft moves the Court to transfer the motion to the District of Maryland so it can be considered alongside other pending discovery disputes between Plaintiff and Lyft. Plaintiff Philip Jay Davis has filed a response requesting the motion "be transferred expeditiously." ECF No. 6.

"When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f). Here, the District of Maryland issued the subpoena (*see* Humble Decl., Ex. A, ECF No. 1-1), and both parties involved in the dispute request the motion be transferred there. Further, Defendant Safety Holdings is not a party to the dispute, and Rule 45(f) does not condition transfer on its consent. Accordingly, the Court **TRANSFERS** this matter to the District of Maryland.

    **IT IS SO ORDERED.**

Dated: February 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge